# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILLIE MAE WASHINGTON,<br><br>                    PLAINTIFF(S)/PETITIONER(S)<br>              v.<br><br>AMERICAN HOME LOANS, et al.,<br><br>                    DEFENDANT(S)/RESPONDENTS(S) | CASE NUMBER<br><br>CV 09-8213 ODW(RZx)<br><br>**ORDER TO REASSIGN CASE DUE TO SELF-RECUSAL PURSUANT TO SECTION 3.2 OF GENERAL ORDER 08-05** |

The undersigned Judge, to whom the above-entitled case was assigned, is hereby of the opinion that he or she should not preside over said case, by reason of *(please use additional sheets if necessary)*:

The undersigned Judge, to whom the above-entitled case was reassigned, is hereby of the opinion that he or she should not preside over the said case, by reason of: the fact that Judge Wright owns stock in CitiBank and Bank of America, both of which are shareholders of Mortgage Electronic Registration Systems, Inc.

IT IS HEREBY ORDERED that this case be reassigned by the Clerk in accordance with Section 3.2 of General Order 08-05.

This self-recusal has been Ordered:
☑ within 120 days of the Court being assigned said case.
☐ after 120 days of the Court being assigned said case.

02/15/2011
Date

United States District Judge/Magistrate Judge
OTIS D. WRIGHT

## NOTICE TO COUNSEL FROM CLERK

This case has been reassigned to Judge __Dolly M. Gee__. On all documents subsequently filed in this case, please substitute the initials __DMG__ after the case number in place of the initials of the prior Judge so that the case number will read: __CV 09-08213 DMG(RZx)__.

This is very important because documents are routed to the assigned Judge by means of the initials.

The case file, under seal documents, exhibits, docket, transcripts or depositions may be viewed at the:
☒ Western   ☐ Southern   ☐ Eastern Division.

**Traditionally filed subsequent documents must be filed at the   ☒ Western   ☐ Southern   ☐ Eastern Division.
Failure to file at the proper location will result in your documents being returned to you.**

cc: ☐ Previous Judge        ☐ Statistics Clerk

CV-52 (05/08)    ORDER TO REASSIGN CASE DUE TO SELF-RECUSAL PURSUANT TO SECTION 3.2 OF GENERAL ORDER 08-05