UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 09-8213 DMG (RZx) | Date | July 7, 2011 |

| | |
|---|---|
| Title | Lillie Mae Washington v. American Home Loans, et al. |

Present: The Honorable    DOLLY M. GEE, UNITED STATES DISTRICT COURT JUDGE

| Karen Park for V.R. Vallery | Sheri Kleeger |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Mitchell Abdallah | Brent Kramer |
|  | Shawn Olson |

**Proceedings:**    **TELEPHONIC STATUS CONFERENCE**

Hearing is held and counsel are present via telephone.  The Court and counsel confer regarding the status of the case.  The Court hereby refers the parties to ADR loan modification mediation program.  The parties shall try to resolve their disputes through the ADR loan modification mediation program within 60 days from the date of this Order - i.e., by no later than **September 7, 2011**.

By no later than **July 13, 2011**, the parties shall contact the Alternative Dispute Resolution ("ADR") Program for the Central District of California to schedule a a Readiness Conference which shall take place by **July 29, 2011**.

> ADR Program Office
> United States District Court
> 312 N. Spring Street
> Los Angeles, CA 90012
> (213) 894-2993 (tel)
> (213) 894-5084 (fax)

The purpose of the Readiness Conference is to ensure that Defendant(s) have received the necessary documents from Plaintiff relevant to a loan modification *before* the Loan Modification Settlement Conference.

| | | |
|---|---|---|
| CV-90 (12/02) | **CIVIL MINUTES - GENERAL** | Initials of Deputy Clerk: KPA |
| | | Time in Court: 00:23 |

No later than ten (10) days before the Readiness Conference, Defendants shall notify Plaintiff in writing of any and all documents necessary for a loan modification determination that have not been received by Defendants.  At least five (5) calendar days before the Readiness Conference, Defendants shall provide notice in writing to the ADR Program whether the Readiness Conference remains necessary or may be vacated.  If the Readiness Conference remains necessary, Defendants shall identify all outstanding documents in the notice to the ADR Program.

At the time of the Readiness Conference, the ADR Program shall assign an Attorney Settlement Officer (ASO) to this case.  The assigned ASO will conduct a Loan Modification Settlement Conference with the parties to take place no later than forty-five (45) days after the scheduled Readiness Conference.  All parties, including principals with settlement authority of all corporate parties, will be required to attend the Loan Modification Settlement Conference with the ASO (or may attend telephonically if good cause is shown).

Defendants' Motions shall remain pending under submission during the ADR process.  No later than seven (7) days after the Loan Modification Settlement Conference, the parties shall file a Joint Status Report informing the Court whether consideration of Defendants' Motions is still necessary.

**IT IS SO ORDERED.**


cc:  ADR Program, Director